# GARFUNKEL WILD, P.C.
### ATTORNEYS AT LAW

111 GREAT NECK ROAD • GREAT NECK, NEW YORK 11021
TEL (516) 393-2200 • FAX (516) 466-5964
www.garfunkelwild.com

JOHN G. MARTIN
Partner
Licensed in NY
Email: jmartin@garfunkelwild.com
Direct Dial: (516) 393-2214

FILE NO.: 14689.0002

April 25, 2019

**By ECF**

Honorable Denis R. Hurley
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 26 2019 ★
LONG ISLAND OFFICE

Re: *United States v. Hal Abrahamson*
Docket 18-Cr-314

Dear Judge Hurley:

I represent Dr. Hal Abrahamson in the above captioned matter. I write to request permission for Dr. Abrahamson to travel to North Carolina for his daughter's college graduation, and to jointly request a brief adjournment of sentence.

As you may recall, Dr. Abrahamson appeared before you on June 26, 2018, and waived indictment and pled guilty to an Information charging him with Health Care Fraud. He was released on a $250,000 unsecured bond and his sentencing is currently scheduled for May 10, 2019.

As part of his bail conditions, Dr. Abrahamson's travel is restricted to New York (Eastern and Southern Districts) and New Jersey. However, Dr. Abrahamson would like to travel to North Carolina to attend his daughter's graduation from Elon University, and to help her move back to New York. He would leave on May 21, 2019 and return on May 27, 2019. He would drive himself down and back, and he would stay at the same hotel in Burlington, North Carolina that he stayed at when he took her there to start the school year, the Drury Inn.

I have spoken to AUSA Charles Kelly and he has no objection to this request. Dr. Abrahamson advises me that he has spoken to Brian Manganaro, the Pretrial Services Officer who is supervising Dr. Abrahamson, and he also has no objection.

In addition, I have spoken to AUSA Kelly and the parties jointly request a brief postponement of the May 10, 2019, sentence date. If it is convenient for the Court the parties are available on Friday, June 7, 2019, at whatever time is convenient for the Court.

---

**NEW YORK**     **NEW JERSEY**     **CONNECTICUT**

5271367v.3

Honorable Denis R. Hurley
April 25, 2018
Page 2

    Thank you in advance for your consideration of this request.

                                       Respectfully submitted,

                                       John G. Martin

JGM:js

Cc: All parties, vis ECF

> Application Granted
> As to both applications
> Sentencing is adjourned to
> 6/21/19 at 2:30 p.m

SO ORDERED.

Date: Central Islip, N.Y.

April 26, 2019

/s/ Denis R. Hurley
Denis R. Hurley
U.S. District Judge

GARFUNKEL WILD, P.C.

5271367v.3