# GARFUNKEL WILD, P.C.
ATTORNEYS AT LAW

111 GREAT NECK ROAD • GREAT NECK, NEW YORK 11021
TEL (516) 393-2200 • FAX (516) 466-5964
www.garfunkelwild.com

JOHN G. MARTIN
Partner
Licensed in NY
Email: jmartin@garfunkelwild.com
Direct Dial: (516) 393-2214

FILE NO.: 14689.0002

June 13, 2019

**By ECF**

Honorable Denis R. Hurley
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *United States v. Hal Abrahamson*
Docket 18-Cr-314

Dear Judge Hurley:

We represent Dr. Hal Abrahamson in the above-captioned matter. As the Court may recall, Dr. Abrahamson appeared before your honor, waived indictment and pled guilty to one count of Health Care Fraud. Sentencing is currently scheduled for Friday, June 21, 2019.

We write with the consent of the Government to ask for a short adjournment to complete our sentencing memorandum. The reason for the request is that a close family member is experiencing significant health issues that require my attention and I have been unable to complete my sentencing memorandum due to those demands.

This is our third request for a postponement. The first was due to the timing of Probation's Pre-Sentence Report, and the second was due to delays caused by reports from our mental health expert. Absent truly extraordinary circumstances we assure the Court that there will be no further adjournment requests.

I have consulted with the Government and all parties are available on any Friday through the end of July, except July 26.

We thank the Court in advance for its consideration.

Respectfully submitted,

_____/s/_____

John G. Martin

**GARFUNKEL WILD, P.C.**