CRIMINAL CAUSE FOR SENTENCE
BEFORE JUDGE: HURLEY, J.-     DATE: JULY 19, 2019  TIME: 10:43- 12:00
DOCKET NUMBER: CR-18-00314  CASE: USA V. ABRAHAMSON

DEFT. NAME: HAL ABRAHAMSON     DEF. #: 1
  X  PRESENT, _ NOT PRESENT, __ IN CUSTODY, X ON BAIL
    ATTY FOR DEFT.: JOHN MARTIN   RET
       X  PRESENT, _ NOT PRESENT
A.U.S.A.: CHARLES KELLY
COURT REPORTER(S) OR ESR OPERATOR: OWEN WICKER
PROBATION:
INTERPRETER:
COURTROOM DEPUTY    L. LUNDY

CASE CALLED FOR SENTENCING ON COUNT 1 OF THE INFORMATION.
THE DEFENDANT IS SENTENCED 12 MONTHS AND ONE DAY ON COUNT 1
 OF THE INFORMATION ; 2 YEARS SUPERVISED RELEASE;
-$100.00 SPECIAL ASSESSMENT SHALL BE PAID ON OR BEFORE 7/26/2019.
- $50,000 FINE ; RESTITUTION IN THE AMOUNT OF $869,651.99;
-THE DEFENDANT SHALL PAY $800,000.00 TOWARDS THE RESTITUTION TODAY;
ORDER OF ACCEPTANCE OF RESTITUTION EXECUTED;
- NO OPEN COUNTS
THE DEFENDANT IS ADVISED OF HIS RIGHT TO APPEAL.
THE DEFENDANT SHALL SURRENDER TO THE DESIGNATED FACILITY
BY 2:00 P.M. ON 1/17/2020.  THE COURT RECOMMENDS TO THE
BOP THAT THE DEFENDANT BE DESIGNATED TO THE OTISVILLE FACILITY
FORFEITURE ORDER TO BE ATTACHED TO THE JUDGMENT.
THE DEFENDANTS BAIL STATUS SHALL REMAIN THE SAME UNTIL
HE SURRENDERS TO THE DESIGNATED FACILITY.