# GARFUNKEL WILD, P.C.
### ATTORNEYS AT LAW

111 GREAT NECK ROAD • GREAT NECK, NEW YORK 11021
TEL (516) 393-2200 • FAX (516) 466-5964

www.garfunkelwild.com

JOHN G. MARTIN
Partner
Licensed in NY
Email: jmartin@garfunkelwild.com
Direct Dial: (516) 393-2214

FILE NO.: 15489.0002

April 13, 2020

Hon. Denis R. Hurley
United States District Court
United States Courthouse
Eastern District of New York
Central Islip, NY

Re: United States v. Hal Abrahamson

Dear Judge Hurley:

We write on behalf of our client, Dr. Hal Abrahamson, to update the Court and the Government on recent developments in the matter.

In our initial letter application for re-sentencing we advised the Court that Dr. Abrahamson had requested release for health reasons internally, with the BOP, but that he had not been advised of the outcome and was told that it could take a long time. Last week, several days after we submitted our letter, Dr. Abrahamson was initially told that he was going to be furloughed, but he was not told when or under what circumstances. He was then told that there would be a 14 day quarantine. I learned these facts on Thursday and contacted Otisville and spoke to Dr. Abrahamson's counselor. I was told that the facility was actively determining the status of Dr. Abrahamson, along with dozens of other inmates, and would have a decision shortly. They were not able to provide any information about what the possible outcomes were. I did not contact the Court at that time because, given the counselor's statements, the status of Dr. Abrahamson's continued confinement appeared to be unresolved.

I did not hear anything further until today, when Dr. Abrahamson's wife informed me that Dr. Abrahamson called her this morning and advised her that he is in quarantine, and that he was told he would be released on April 22. Dr. Abrahamson told her that there would be a one month renewable furlough. She stated that he told her his communication privileges were dramatically reduced and that he would not be able to call her again until Wednesday.

I tried to contact Otisville this morning for more information or confirmation but was only able to leave a voicemail.

Based upon this new information we request that the Court hold our application of April 7, 2020, in abeyance, pending either Dr. Abrahamson's possible release, or the receipt of additional information regarding his status.

Of course I will continue to make inquiries and will continue to advise the Court of any material developments.

Respectfully,

_____/s/_____

John G. Martin