# GARFUNKEL WILD, P.C.
ATTORNEYS AT LAW

111 GREAT NECK ROAD • GREAT NECK, NEW YORK 11021
TEL (516) 393-2200 • FAX (516) 466-5964

www.garfunkelwild.com

JOHN G. MARTIN
Partner
Licensed in NY
Email: jmartin@garfunkelwild.com
Direct Dial: (516) 393-2214

FILE NO.: 15489.0002

April 23, 2020

Hon. Denis R. Hurley
United States District Court
United States Courthouse
Eastern District of New York
Central Islip, NY

Re: United States v. Hal Abrahamson

Dear Judge Hurley:

We write on behalf of our client, Dr. Hal Abrahamson, to update the Court and the Government on recent developments in the matter.

Yesterday Dr. Abrahamson was released from Otisville FCI on a temporary furlough, due to the risks presented by Covid-19. The order releasing him directs Dr. Abrahamson to return to Otisville on May 22, 2020, "unless otherwise advised."

Based on this information, I request the Court's permission to withdraw my April 7, 2020, application for Dr. Abrahamson's immediate release, given that the emergency which prompted the application has, for the time being, subsided. This withdrawal should be without prejudice to the right to renew the application should further developments justify it. Dr. Abrahamson's application for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) remains pending before the Bureau of Prisons.

We thank the Court for its consideration of this matter.

Respectfully,

_____/s/_____

John G. Martin